IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HEATHER M. HANEY, as Personal Representative of the Estate of DEAN HASLER, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>Defendants. | CV 19-42-BLG-SPW-TJC<br><br>**ORDER** |

Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. have filed a motion change venue. (Doc. 8.) Defendants argue the proper venue for this action under Local Rule 3.2(b) is the Great Falls Division. Plaintiff does not oppose the motion. (Doc. 33.) Upon review of the Amended Complaint, it appears this case relates to asbestos exposure that occurred in Chinook, Montana, which is in Blaine County, and in Malta, Montana, which is in Phillips County. (Doc. 3 at ¶ 19.) Accordingly, this case shall be transferred to the Great Falls Division pursuant to Local Rule 1.2(c)(3).

**IT IS ORDERED**.

DATED this 6th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge